UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW WILKINSON,<br><br>　　Plaintiff,<br><br>v.<br><br>OLYMPIA DEVELOPMENT OF MICHIGAN, LLC, ODM PARKING, LLC, and PASSPORT LABS, INC.,<br><br>　　Defendants. | Case No. 22-10714<br>Honorable Laurie J. Michelson |

# JUDGMENT

In accordance with the opinions and orders entered today, it is hereby ORDERED and ADJUDGED that this case is DISMISSED.

Dated this 3rd day of October 2022 in Detroit, Michigan.

　　　　　　　　　　　　　　　　　　KINIKIA ESSIX
　　　　　　　　　　　　　　　　　　CLERK OF THE COURT

　　　　　　　　　　　　　　By:　s/Erica Parkin
　　　　　　　　　　　　　　　　　　DEPUTY COURT CLERK

APPROVED:

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Dated: October 3, 2022